UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE



Koree Brooks EL
C/O <Mailing Location>
Nashville, Tennessee Territory
Tennessee State Republic
[Postal Zone 8]
Koree.b19@gmail.com
6156928526

# L E G A L N O T I C E O F R E M O V A L
## FROM MUNICIPAL COURT TO FEDERAL COURT
## PURSUANT TO TITLE 28 § 1441- §1446
## PROPER ARTICLE III JURISDICTION

**Plaintiff(s),**

The Court of General Sessions of Davidson County

State of Tennessee

Officer Teresah M. Pinho Metropolitan Nashville Police Department

**ORIGINAL JURISDICTION**
**"MINISTERSCONSULS**
**DIPLOMATS"**
**Article III, Section 2; Article VI**
**United States Republic Constitution**
**Treaty of Peace and Friendship**
'Established Law of the Land' v.
Federal Question(s):
Constitution, Treaty;
Religious Liberty;
Due Process;
Substantive Rights of Travel, etc.
**Supreme Court Rulings**

Koree Brooks EL, A Natural Person, In Propria Persona, Sui Juris (not to be confused with nor substituted with Pro Se); and not a Statutory Person.

**Petitioner / Alleged Accused,**

(Hereinafter Petitioner)

Official Notice is hereby served on the STATE OF TENNESSEE GENERAL SESSIONS COURT OF DAVIDSON COUNTY; all Judicial Sub-Divisions; Officials; Agents; and above named Plaintiff-all cases and Jurisdiction / Venue moved to Federal Court. All Matters, Complaints, Traffic Tickets / Suits, Citations / Bills of Exchange (misrepresented as lawful warrants, etc.), must be filed with Federal Court, pursuant to Jurisdiction named hereinafter.

I.

## JURISDICTION

Jurisdiction / Venue are hereby placed in one Supreme Court, pursuant to Article III Section 2 for The United States Republic, and the several States, under the Constitution; Article VI; and reaffirmed by obligatory Official Oaths.

"The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls; --to all cases of admiralty and maritime jurisdictions;-to controversies to which the United States shall be a party;--to controversies between two or more states;-between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, And foreign states, citizens or subjects."
In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

COMES NOW, Koree Brooks EL, In Propria Persona, Sui Juris (not to be confused with Pro se), Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America. Being a descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands-bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the

United States **(http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties)** the same as displayed under Treaty Law, Obligation, and Authority as expressed in Article VI the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States
### Article 20

"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21

"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

## II

## PARTIES

Plaintiffs

1.     STATE OF TENNESSEE GENERAL SESSIONS COURT OF DAVIDSON COUNTY, private corporation; foreign to the United States Republic; and all TENNESSEE CITY Employees; Agents;

Officers; Contractors; Assignees, etc., being Plaintiffs, Claimants, or Parties of Interest in the 'Color-of Law' processes instituted by them, or any one of them, against Koree Brooks EL.

2.     T.Pinho, officer of the METROPOLITAN NASHVILEE POLICE DEPARTMENT, Private Corporation, foreign to the United States Republic; and foreign to the organic Tennessee Republic.

3.     Court Administer for the STATE OF TENNESSEE GENERAL SESSIONS COURT, Private Corporation foreign to the United States Republic; and foreign to the organic Tennessee Republic.

4.     STATE OF TENNESSEE, corporation established in the year SEVENTEEN NINETY-SIX (1796), foreign to the organic Pennsylvania state Republic; and foreign to the United States Republic of North America.

Petitioner

Koree Brooks EL, In Propria Persona, Sui Juris (not to be confused with Pro se) Aboriginal, Indigenous Moorish American National, C/O 1271 Antioch Pike room 112, Nashville Territory, Tennessee Republic [Postal Zone 8].

I, Koree Brooks EL, In Propria Persona, Sui Juris; Aboriginal, Indigenous Moorish American National, Freehold by Inheritance with Birthrights and protected and secured Inalienable Rights, makes with this NOTICE OF REMOVAL of the unconstitutional Complaint – Summons / Ticket – Suit / bill of exchange / Action, Number GS1027968. Petitioner is with reasonable expectation that the Officers / Agents, and Officials, holding any position of Public Trust, or political office, are prohibited, under Official Oath, under the authority of The Law of the Land, from the use of the official position(s) or office(s) to violate the Constitution for the UNITED STATES OF AMERICA; and thus, by the abuse of authority, and the practice of superseding their 'limited' jurisdictional powers, violate and abridge the Natural, Divine, Unalienable, and Secured Rights of the People; terminating with the cause of damage to this Petitioner / Plaintiff.

III

## CAUSE OF ACTION

The Petitioner / Koree Brooks EL, was searched, seized, and detained by Policeman / Prosecuting Witness(s), Officer T.Pinho; employed by the Metropolitan Nashville Police Department who stated that Koree Brooks EL, was in violation of statute(s) 39-17-1307(c)*1; 39-13-102 which is private policy (being classed as law).

The STATE OF TENNESSEE GENERAL SESSIONS COURT OF DAVIDSON COUNTY is an unconstitutional, private corporation, not delegated by Congress, under Article III, Section 2 of the Constitution; and that the Officers does not, and did not provide 'Due Process' protected and secured for the People, by the Amendments IV, V, VI, VII, VIII, IX, and X of the United States Constitution, to which the Judges and Officers in every State is bound (by Official Oath) to support and to uphold. Any statutory regulation, ordinance, or laws of any State, to the contrary, notwithstanding.

This allegedly - accused Petitioner believes that in accord with the Substantive Rights retained by the Petitioner, notifying all parties of the Petitioner's Moorish American (Identification / Status) and that the Petitioner was not, is not, and does not, waive any Inalienable Rights to due process; and affirmed that any action be adjudicated in a lawfully delegated jurisdiction and venue.

**The Officers** of STATE OF TENNESSEE commanded that the Petitioner Pay Fines and Costs Imposed under threat, duress, and coercion with a 'man-of-straw' / misnomer word, misrepresented as implying my name, and typed upon the Order / Instrument, and was improperly spelled, "KOREE DAWN BROOKS" in ALL CAPITAL LETTERS. That misnomer and CORPORATE - NAME, "KOREE DAWN BROOKS" is clearly (an artificial – person / entity); is not me, the Natural Person; is a deliberate grammatical error, intended for injury to me; and is clearly not of consanguine relationship to me or to my nationality, in any form, truth, or manner,; nor to my Moorish Family Bloodline. This is a in violation of my secured rights to my name and nationality; a violation of International Law; and a violation of the Obligations of the Officers of the Court; and a violation of their fiduciary duties and Official Oaths to uphold and to support Article VI of the United States Constitution; and thus, violating my Substantive Rights, and the Articles of Part 1 of *'The Rights of Indigenous People'* (**http://en.wikisource.org/wiki/Draft:United_Nations_Declaration_on_the _Rights_of_Indige...**) as follows: "Indigenous People have the right to a full and effective enjoyment of all human rights and fundamental freedoms recognized in the Charter of the United Nations; The Universal Declaration of Human Rights; And International Human Law."

Article 5 of the *Rights of Indigenous People*

"Every Indigenous individual has the Right to a Nationality."

<u>Article 15 of the *Declaration of Human Rights* (**http//www.un.org/Overview/rights.html**)</u>

<u>Everyone has a right to a nationality. (2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his name."</u>

This Petitioner made a "Reservation of Rights" as stated on the ticket / summon / suit/ complaint No. <u>GS1027968</u> and signed for the record; name, correct spelling of name.

Plaintiff Officer(s) T.Pinho is with the 'want of jurisdiction' by knowingly and willingly conspiring (under a Color-of-Authority) to deny this Petitioner, Koree Brooks EL , (after this Petitioner made a reservation of rights and stating for the record; name, correct spelling of name, and national status) her Inalienable Rights, the right to a Name and Nationality of her choosing, etc. The State / Judge / Accuser(s) alleged and assumed the Petitioner of being a Corporate Wardship 14th Amendment Artificial Negro Person / citizen, which resulted in an unlawful arrest-of-rights, immunities and liberties; which is in direct contradiction to, and a violation of, the Fourth (IV) Amendment of the Constitution for the United States (Republic); violating Article VI of the Constitution, by way of violating The Treaty of Peace and Friendship of EIGHTEEN HUNDRED-THRITY-SIX (1836) A.D.; Congressional Resolution # 75, Philadelphia Pennsylvania; a violation of Article 15 of 'The Universal Declaration of Human Rights' of Nineteen Hundred and Forty-Eight (1948) A.D. – General Assembly, United Nations; a violation of 'The Declaration of the Rights of The Child' of Nineteen Hundred and Fifty-nine(1959) A.D(**http://www.un.org/cyberschoolbus/humanrights/resources/child.asp**); and violating 'The Rights of Indigenous Peoples'; and that the Officers of THE STATE OF TENNESSEE knowingly committed 'fraud' against the Petitioner (Jonah Phillips El) by abusing their authority, in that they failed to correct a known violation; and did not aid in preventing said such abuse of authority, while having (by law) the obligation to do so; and violated the Fifth Amendment of The Bill of Rights of Seventeen Hundred and Ninety-One (1791) A.D.; impeding the Peoples' **right to due process under the Law**, **and equal protection of the Law**, Article 1 Section 10 of The Constitution for The United States of America (Republic) which secures this Petitioner the right to contract and conspiracy to commit fraud against this Petitioner and against the United States Republic.

**IV**

**<u>CONCLUSION</u>**

1)     It is a sin for any group of people to violate the Constitutional Laws of a Free National Government.

2)     The Delegates, which comprise the majority of Aboriginal and Indigenous Freeholders, by Birthright, Inheritance, and Primogeniture, and declared 'for the record' and known by the consanguine / Pedigree of their / our Forefathers, as Moors / Muurs; and the European Colonial Settlers of the United States of America, did, on the fifteenth day of November in the year Seventeen Seventy-seven (1777), and in the second year of the Independence of The United States of America, agreed to certain *Articles of Confederation* and perpetual Union between the States of New Hampshire, Massachusetts Bay, Rhode Island, and Providence Plantations, Connecticut, New

York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina and Georgia; wherein they did declare that the style of the Confederacy shall be the United States of America.

**3)** All parties to the *Articles of Confederation* of 1778 did also agree that *Article IX* shall set forth the Procedure for resolving a dispute brought before the Congress of the United States by a freely associated compact State of the United States of America.

**4)** All parties to the *Articles of Confederation* of 1778 did also agree that no Congress shall thereafter alter *Article IX* of the *Articles of Confederation* unless it has received confirmation to do so by every State in the Union (*Article XIII* of the *Articles of Confederation*).

**5)** The United States, pursuant to an "*Act*" of the States sitting in Congress under the *Articles of Confederation* of Seventeen Hundred and Seventy-Eight (1778) A.D., authorized a Constitutional Convention for the purpose of forming a more perfect Union, to establish justice, to insure domestic tranquility, to provide for the common defense, to promote general welfare, and to secure the blessings of liberty, did ordain and established a Constitution for the United States. The Constitution for the United States was declared to be a "*revision*" to the *Articles of Confederation* of 1778 (*REPORT OF PROCEEDINGS IN CONGRESS*, Wed., Feb.21, 1787 [*Journals of the Continental Congress, vol. 38*]).

**6)** The Constitution for the United States was established by the People of the United States of America, and not by the States in their sovereign capacity (*In reg Opinion of the Justices, 107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412*) and was ratified by the People sitting in Convention of the Original 13 States of the United States of America (*United States Constitution, VII: 1:1*).

**7)** The Constitution for the United States is a Compact which constitutes a binding trilateral Contract between the People, the freely associated compact States of the United States of America, and the United States [e.g. *Article 10* of the *Bill of Rights* to the *Constitution of the United States*] (*In reg Opinion of the Justices, 107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412*).

**8)** By the wording of *Article VI* of the *Constitution for the United States*; the Congress is required to review its legislation from time to time to determine if the legislation was made pursuant to the provisions of that Constitution.

**9)** The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (*Article 9* of the *Bill of Rights* to the *Constitution for the United States*).

**10)** The parties to the Compact also agreed that the Powers not delegated to the United States under the U.S. Constitution are reserved to the States or to the People (*Article 10* of the *Bill of Rights* to the *Constitution for the United States*).

**11)** On February 24, 1855; the Congress of the United States created the United States Court of Claims. The Court of Claims was authorized to execute the mandates of *Article IX* of the *Articles of Confederation* of 1778 and *Article I* of the *Bill of Rights* to the *Constitution for the United States* (*10 Stat. 612, sec. 1, sec. 7*)

**12)** The Congress of the United States also enacted the "*Bowman Act*" of March 3, 1883 (*22 Stat. 485*) and the "*Tucker Act*" of March 3, 1887 (*24 Stat. 505*) to clarify the jurisdiction of the Court of Claims. Under these Acts, either House of Congress may submit any claim or matter to the United States Court of Claims for investigation and determination of facts. The Court was to report its findings back to Congress for Congressional determination. **13)** Notwithstanding the limitations imposed upon the United States Claims Court by *P.L. 97-164* and its subsequent United States Court of Federal Claims by *P.L. 102-572*; the Congress of the United States is barred by *Article IX* and *Article XIII* of the *Articles of Confederation* and by *Article I* of the *Bill of Rights* to the *Constitution for the United States* to limit its investigations to moneyed claims.

**14)** The continual refusal of the United States Congress to resolve the Petitions of Grievances that were submitted to it, by the several States of the Union, violates the "*Good Faith*" agreement that all grievances submitted would be expeditiously resolved as mandated by the *Articles of Confederation* of

1778.

**15)** Between the years of 1866 and 1868 (and other years); several states within the United States known as "States" submitted Petitions to the Congress of the United States for Redress of Grievances. These Petitions have passed from Congress to Congress for over one hundred years, with the Congress refusing to take any action to resolve the disputes as required by *Article IX* of the *Articles of Confederation* of 1778 and *Article I* of the *Bill of Rights* to the *Constitution for the United States*. These Petitions challenged the procedure by which the Congress used to amend the Constitution for the United States. The Amendments in question are the unlawfully - ratified 13th, 14th and 15th Amendments (hereinafter referred to as the "Three Dead Badges of Law").

**16)** "No change in ancient procedure can be made which disrupts those fundamental principles, which protect the citizen in his private right and guard him against the arbitrary action of the government." Ex

Parte Young, 209 US 123.

**17)** The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2.

**18)** Black's Law Dictionary 4th Ed. Defines "Law of the land", - When first used in Magna Charta, the phrase probably meant the established law of the kingdom, in opposition to the civil or Roman law. It is now generally regarded as meaning general public laws binding on all members of the community. Janes v. Reynolds, 2 Tex 251; Beasley v. Cunningham, 171 Tenn. 334. 103 S.W.2d 18, 20110 A.L.R. 306. It means due process of law warranted by the constitution, by the common law adopted by the constitution, or by statutes passed in pursuance of the constitution Mayo v. Wilson, 1 N.H. 53.

**19)** Clause 3, clarifies the scope of this requirement when it states that "…All judicial officers, both of the United States and of the several states shall be bound to support this Constitution…"

**20)** The 5th Amendments require that all persons within the United States must be given due process of the law and equal protection of the law.

21) The unconstitutional charges being applied to this Petitioner are not in pursuance of the Constitution for the United States of America, wherein it does guarantee, and this Petitioner does declare the equal protection of the right to "life liberty and the pursuit of happiness" in the 1st Amendment, which includes the right to travel as evidenced in positive law and stare decisis, to wit; Chicago Motor Coach v. Chicago 169 NE 221 " the use of the highways for the purpose of travel and transportation is not a mere privilege, but a common fundamental right of which the public and individuals cannot rightfully be deprived"; Teche Lines v. Danforth, Miss. 12 So 2nd 784, 787 "the right to travel on the public highways is a constitutional right", Slusher v. Safety Coach Transit Co., 229 KY 731, 17 SW 2D 1012, affirmed in Thompson v. Smith 154 S.E. 579 – "The right to travel upon the public highways and transport my property thereon, by automobile is not a mere privilege, which may be permitted or prohibited at will, but a common right which one has to life, liberty and the pursuit of happiness" and the State's application of 625 ILCS 5/et seq is "notwithstanding", Article VI cl.2 Ibid.

22) The Petitioner claims full and equal protection of the Law in Marbury v. Madison 5 US 137 – "The Constitution of these United States is the Supreme Law of the Land. Any law, that is repugnant to the Constitution, is null and void of law."

23) The unconstitutional charges being applied to the Petitioner are repugnant to the Constitution because they deny a right established and guaranteed in the 1st, 4th, 5th, 6th, 7th, 8th, 9th, and 10th Amendments, and in United States Supreme Court '**Stare Decisis**' so noted above, where this court has no authority to adjudicate contrary.

24) The unconstitutional charges under which the Petitioner is being forced to answer are nonconstitutional on their face and unconstitutional when applied to the Petitioner because they do not have an enacting clause or single subject title, thereby denying due process of law.

25) Due Process of law is not necessarily satisfied by any process which the Legislature may prescribe. See: Abrams v. Jones 35 Idaho 532, 207 P. 724.

26) "Due Process of Law in each particular case means such an exercise of the powers of the government as the settled maxims of law permit and sanction; and under such safeguards for the protection of individual rights as those maxims prescribe for the class of cases to which the one in question belongs." Cooley, Const. Lim. 441.

27) Due Process as defined in H. C. Black's Law Dictionary, 4th Edition. " Whatever difficulty may be experienced in giving to those terms a definition which will embrace every permissible exertion of power affecting private rights, and exclude such as is forbidden, there can be no doubt of their meaning when applied to judicial proceedings. They then mean a course of legal proceedings according to those rules and principles, which have been established in our systems of jurisprudence for the enforcement and
Protection of private rights."

28) "To give such proceedings any validity, there must be a tribunal competent by its constitution— that is by the law of its creation—to pass upon the subject-matter of the suit; and if that involves merely a determination of the personal liability of the defendant, he must be brought within its

jurisdiction obey service of process within the state or his voluntary appearance. Pennoyer v. Neff, 95 U.S. 733, 24 L.Ed. 565."

29) "Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved."

30) "If any question of fact or liability be conclusively presumed against him, this is not due process of law, Zeigler v. Railroad Co., 58 Ala. 599.

31) These phrases in the Constitution do not mean the general body of the law, common and statute, as it was at the time the Constitution took effect; for that would seem to deny the right of the Legislature to amend or repeal the law. They refer to certain fundamental rights which that system of jurisprudence, of which ours is a derivative, has always recognized. Brown v. Levee Com'rs 50 Miss. 468."

32) All orders or judgments issued by a judge in a court of limited jurisdiction must contain the findings of the court showing that the court has subject-matter jurisdiction, not allegations that the court has jurisdiction. In re Jennings, 68 Ill.2d 125, 368 N.E.2d 864 (1977) ("in a special statutory proceeding an order must contain the jurisdictional findings prescribed by statute.")

33) In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are **void** under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Every act of the court beyond that power is void").

34) The Petitioner assert, Midland Coal Co. v. Knox County, 268 Ill.App.3d 485, 644 N.E.2d 796 (4th Dist. 1994) ("Special statutory jurisdiction is limited to the language of the act conferring it, and the court
has no powers from any other source"…)

35) The "language of the act" the complainants confer upon "has no powers from any other source" Midland Coal Co. v. Knox County, Ibid, no evidence on its face of valid law, as it lacks the mandatory enacting clause,

36) That the purpose of thus prescribing an enacting clause — "the style of the acts" — is to establish it; to give it permanence, uniformity, and certainty; to identify the act of legislation as of the general assembly; to afford evidence of its legislative statutory nature; and to secure uniformity of identification, and thus prevent inadvertence, possibly mistake and fraud. *State v. Patterson*, 4 S.E. 350, 352, 98 N.C. 660 (1887); 82 C.J.S. "Statutes," § 65, p. 104; *Joiner v. State*, 155 S.E.2d 8, 10, 223 Ga. 367 (1967).

37) "That the almost unbroken custom of centuries has been to preface laws with a statement in some form declaring the enacting authority. The purpose of an enacting clause of a statute is to 'identify' it as an act of legislation by expressing on its face the authority behind the act." 73 Am. Jur.2d, "Statutes," § 93, p. 319, 320; *Preckel v. Byrne*, 243 N.W. 823, 826, 62 N.D. 356 (1932).

**38)** That for an enacting clause to appear on the face of a law, it must be recorded or published with the law so that the People can readily identify the authority for that particular law.

**39)** That "It is necessary that every law should show on its face the authority by which it is adopted and promulgated, and that it should clearly appear that it is intended by the legislative power that enacts it that it should take effect as a law." *People v. Dettenthaler*, 77 N.W. 450, 451, 118 Mich. 595 (1898); citing *Swann v. Buck*, 40 Miss. 270.

**40)** This Plaintiff (a court of limited jurisdiction), lacks the power to act and have proceeded beyond the strictures of the statutes, and that the statutes being applied are created from revised statutes and codes of a foreign and unidentified source, as they fail to show from what authority in law they exist, where they fail to show on their face, the mandatory enacting clause.

**41)** Said revised statutes and codes fail to show a necessary and mandatory enacting clause on their face, giving them lawful force and effect. Said revised statutes and codes are private codes and statutes and are not law, do not compel this Petitioner to perform and do not apply to him, and fail to show
"Authority for the court to make any order." Levy. Industrial Common Ibid, Midland Coal Co. v. Knox County, Ibid.

**42)** The Petitioner, demand all rights under the common law based upon the status as a matter of due process of law and to determine what legal rights the Petitioner has in this court and what rights will be denied, if any, to determine what jurisdiction the Plaintiff is attempting to apply to this Natural Born Citizen.

**43)** The Petitioner is not subject to the jurisdiction of this Plaintiff.

**44)** This Petitioner has no contract with TENNESSEE GENERAL SESSIONS COURT OF DAVIDSON COUNTY, or with the State of Tennessee; or with any other segment of the United States of America that can grant jurisdiction over human rights; or over political, economic, social and cultural rights of Indigenous Peoples.

**45)** The Petitioner is Aboriginal / Indigenous within the meaning of the description of the Draft Declaration of the Inter-American Declaration of the Rights of Indigenous Peoples at Article 1 Definition:

**46)** "In this Declaration Indigenous Peoples are those who embody historical continuity with societies which existed prior to the conquest and settlement of their territories by Europeans..."

**47)** Indigenous People are separate and distinct; alien to this administration; and have a separate and distinct status from the administrators of the colonial occupiers of the land; as recognized in the Declaration on Principles of International Law of Friendly Relations and Cooperation Among States; wherein it does say under the Principles of Equal Rights and self-determination of Peoples (B5): "The territory of a colony or other Non-Self Governing Territory has, under the Charter, a status separate and
Distinct from the territory of the State administering it..."

**48)** Colonial legislatures were divested of their legislative powers, and required to transfer jurisdiction and all powers over the cultural rights of indigenous and minority peoples to those peoples and prohibited from making any law that effects the rights of indigenous people to fully and effectively enjoy their right to self-determination in Article 5 of the Declaration on the Granting of Independence to Colonial Countries and Peoples, Adopted by General Assembly resolution 1514 (XV) of 14 December 1960. See Article 5 to wit: "Immediate steps shall be taken, in Trust and Non-Self Governing Territories or all other territories which have not yet attained independence, to transfer all powers to the peoples of those territories, without

Any conditions or reservations, in accordance with their freely expressed will and desire…"

**49)** Colonial courts were divested of, and required to, transfer the judicative power and all power to the people of this territory, ibid.

**50)** See 'The American Declaration of the Rights and Duties of Man' (Adopted by the Ninth International Conference of American States Bogota, Colombia, 1948 at Article 5, Article 17, Article 26)

**51)** The United States of America is required to obey the requirements of the Declaration on the Principles of International Law and to obey the principles of international law enumerated therein.

**52)** The Vienna Convention on the Law of Treaties requires that the United States of America fulfill its obligations incurred thereunder.

**53)** The United States of America is a member of the United Nations, and is bound by the Charter of the United Nations to promote and protect the Rights of Indigenous Peoples.

**54)** The Declaration of the Granting of Independence to Colonial Countries and People UN GA #1514 specifically required the United States of America to transfer *all power* to the peoples of this land, and this specifically includes all legislative, executive and judicial powers.

**55)** The State of Tennessee through its commercial agencies, on the Driver's License, and other misrepresented Instruments, has committed 'fraud' to accomplish what is called in legal contemplation, "Capitis Diminutio Maxima", which is that my natural name has been murdered and I was resurrected as a non-natural, created entity subject to regulation and denied the protections of national and international law. This constitutes Fraud and denies due process of the law and the Freedom from the Practices and Policies of Apartheid described in the International Convention on the Suppression and Punishment of the Crime of *Apartheid* Adopted and opened for signature, ratification by General Assembly resolution 3068 (XXVIII) of 30 November 1973 at Articles1, 2 and 3, and the right not to be compelled to perform under any contract or agreement not entered into voluntarily, intentionally and knowingly.

**56)** **Executive Order Number: 13107**, 63, Federal Register, 68,991 (1998)- Implementation of Human Rights Treaties, which states "It shall be the policy and practice of the Government of the United States, being committed to the protection and promotion of human rights and fundamental freedoms, fully to respect and implement its obligations under the international human rights treaties to which it is a party including the ICCPR, the CAT and the CERD." GENERAL SESSIONS COURT DAVIDSON COUNTY, by way of its Officers, violated 'Due Process' and, conspired to deprive rights of the Petitioner; and did neglect to prevent deprivation of rights at Title 18, U.S.C. 241 and Title 18, U.S.C. 242.

57) Maine v. Thiboutot 448 US 1, 100 SCT 2502 – Officers of the court have no immunity, when violating a constitutional right from liability. For they are deemed to know the law.

58) Note that the presiding judge, and any judge acting as organ of the court, is aware that 42 USC 1986 requires the person(s) adjudicating legal processes, to correct wrongs, and that their failure to correct the wrongs that were addressed constitutes Fraud under Rule 9(b) of the FRCP, cross referenced to 28 USC 1746, and that this Fraud constitutes a Perjury on the Oath of Office at 18 USC 1621, deprives us of rights, at 18 USC 241, and 242, Conspires to deprives rights at 42 USC 1985; is an extortion of rights at 18 USC 872, and is actionable under 42 USC 1983.

**59) Judicial officers have no immunity when they have no jurisdiction over subject matter.**

60) This court shall take mandatory Judicial Notice of the adjudged decision of the Supreme Court of the United States of Bradley v Fisher 80 U.S. 335 (1871)**,** 351,352 that officers of the court have no immunity when they have no jurisdiction over the subject-matter. And further in Bradley v Fisher on page
352 and 352 is as follows: "Where there is clearly no jurisdiction over the subject matter any authority exercised is a usurped authority, and for the exercise of such authority, when the want of jurisdiction is known to the judge, no excuse is permissible." This evidence of Bradley v Fisher 80 U.S. 335 (1871).

61) Either subject-matter jurisdiction exists, or it doesn't. Subject-matter jurisdiction has been denied, it must be proved by the party claiming that the court has subject-matter jurisdiction as to all of the requisite elements of subject-matter jurisdiction

62) "The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived." – Chicago Motor Coach vs. Chicago, 169 NE 22; Ligare vs. Chicago, 28 NE 934; Boon vs. Clark, 214 SSW 607; 25 Am. Jur. (1st) Highways Sect. 163.

63) "The right of a citizen (or others similarly situated) to travel upon the public highways and to transport his property thereon, by horse-drawn carriage, wagon, or automobile is not a mere privilege which may be permitted or prohibited at will, but a common right which he has under his right to life, liberty, and the pursuit of happiness." – Slusher v. Safety Coac Transit Co. 229 Ky 731, 17 SW2d 1012, affirmed by the Supreme Court in Thompson v. Smith 154 S.E. 579. (emphasis added) **64)** "The right to Travel; The right to Mode of Conveyance; the Right to Locomotion are all absolute Rights, and the Police cannot make void the exercise of rights. State v. Armstead, 60 s. 778, 779, and 781"

65) "The right to Park or Travel is part of the Liberty of which the Natural Person and citizen cannot be deprived without "due process of Law" under the Fifth Amendment of the United States Constitution. Kent v. Dulles 357 US 116, 125:"

66) "State Police Power extend only to immediate threats to public safety, health, welfare, etc., Michigan v. Duke 266 US, 476 LED. At 449:"

67) "Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such traveler owed nothing more than "due care" (as regards to tort for negligence) to the public and the owner owed no other duty to the

public (eg. State), he / she and his / her auto, having equal rights to and on the roadways / highways as horse and wagons, etc.; this same right is still substantive rule, in that speeding, running stop signs, and traveling without license plates, or registration are not threat to the public safety, and thus, are not arrest able offenses. Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905 – 1910: California v. Farley 98 CED Rpt/ 89, 20 CA 3rd 1032 (1971)"

68) "Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. Maranda v. Arizona 384 US 4336, 125:"

69) "The claim and exercise of Constitutional Rights cannot be converted into a crime. Miller v. Kansas 230 F 2nd 486, 489:"

70) "For crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right. Serer v. Cullen 481 F. 945:"

71) "If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. Louisville v. Motley 2111 US 149, 29S. CT. 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt.""

72) "In light of my status the complaint against me must be brought before an Article III court as per the rules governing the Treaty of Peace and Friendship of 1787."

Therefore in accord with the official oath of the officers of this court et al that all fraudulently presented improperly serviced instruments as per bill of exchange / suits / ticket / complaint # GS1027968 be dismissed, discredited and expunged from the record, etc.

73) "Lack of Federal Jurisdiction cannot be waived or overcome by agreement of parties". Griffin v. Matthews, 310 F supra 341, 342 (1969): "

74) "Want of Jurisdiction may not be cured by consent of parties"> Industrial Addition Association v. C.I.R., 323 US 310, 313."

75) "In Supreme Court case Murdock v. Penn. 319 US 105 *"No state shall convert a liberty into a privilege, license it, and attach a fee to it"*.

76) See also; Shuttlesworth v. Birmingham 373 US 26
*"If the state converts a liberty into a privilege, the citizen can engage in the right with impunity."*

77) "Petitioner asserts *"Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them"* Miranda v. Arizona 384 U.S. 436, 491.

78) "An unconstitutional statute has been held to confer no authority on, and to afford no protection to, an officer acting thereunder." Also, "Officers cannot be punished for refusing to obey unconstitutional statute." (CJS 16, sec. 101, p. 479) "Such laws are in legal contemplation, as inoperative as though ' they had never been passed or as if the enactment had never been written, and are regarded as invalid or void from the date of enactment, and not only from the date on

which it is judicially declared unconstitutional. Such a law generally binds no one, confers no rights, affords No Protections, and imposes no duties, and compliance therewith is unnecessary." (CJS 16, p. 469).

79) "No one is bound to obey an unconstitutional law and no courts are bound to enforce it." – 16 Am Juris 2nd, Sec 177 late 2d, Sec 256.

82) "The State cannot diminish rights of the People." – Hurtado v. California, 110 U.S. 516

82) "The state is a people and not the created form of government." – Texas v. White, 7 Wallace, 700-74.

82) "The individual may stand upon constitutional rights. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business or to open his door to an investigation, so far as it may tend to incriminate him. He owes no such duty or the state, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the Law of the Land, long antecedent to the organization of the state… He owes nothing to the public so long as he does not trespass upon their rights." Hale v. Henkel, 201 U.S. 43 (1905).

83) "The makers of the Constitution conferred, as against the government, the Right to be let alone; the most comprehensive of rights, and the right most valued by civilized men." – United States Supreme Court Justice Brandeis in Olmstead v. Unites States (1928).

84) Based on customary international laws, the 5th Amendment of the Constitution for the United States of America, which guarantees due process of the law and Article IV of same Constitution Section 1; Full Faith and Credit shall be given in each State to the public Acts, Records and judicial proceedings of every other state…

85) No person shall be denied the enjoyment of any civil or military right, nor be discriminated against in the exercise of any civil or military right, nor be segregated in the militia or in the public schools,

Because of religious principles, race, color, ancestry or national origin…

## V

## **RELIEF**

1.      **The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; the Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life accordingly; Article VI of the United States Constitution Republic / the Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

**1)**     I, Koree Brooks EL, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

**2)**     I, Koree Brooks EL, demand this United States Supreme Court stop these abuses of the colorable authority by the Plaintiff as it pertain to this Petitioner.

**3)**     I, Koree Brooks EL, demand if any criminal charges be found, let them be placed upon the Plaintiffs.

**4)**     I, Koree Brooks EL, demand this United States Supreme Court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

**5)**     I, Koree Brooks EL do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering Plaintiff to be brought before the Law to answer for their criminal and unjust actions.

**6)**     All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Bill of Exchange: Number GS1027968, and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

**7)**     All City, County and State Officials are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the Part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

**8)**     Any Plaintiff, Corporate or Natural, Party-Claimants; Involvements be found guilty of the charges and shall result in immediate Recusal of Office.

**9)**     Plaintiff STATE OF TENNESSEE is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity.

**10)**     Plaintiff STATE OF TENNESSEE GENERAL SEESIONS COURT OF DAVIDSON COUNTY is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity.

**11)**     Plaintiff Policeman, T.Pinho is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his private capacity.

**12)** Plaintiff STATE OF TENNESSEE COUNTY OF DAVIDSON   is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity.

### TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is True and correct to the best of my knowledge and honorable intent.

Day 23, April, 2024 = 1442 M.C.

I Am: Koree-Dawn:Brooks (615)6928526

Authorized Representative Natural Person, In Propria Persona: All Rights Reserved; U.C.C. 1-207 / 308; U.C.C. 1-103

**Notice of Special Appearance by Affidavit –**

Challenge of jurisdiction under Title 5 USC 556(d)-[burden of proof is on the government.]

Quaelibet Jurisdiction Cancellos Suos Habet
'Every jurisdiction has its own limits.' Jenk. Cent. Cas. 139.

"A special appearance is an appearance solely for the purpose of testing the jurisdiction."
Bailey v. Schrada, 34 Ind. 261; Huff v. Shepard, 58 Mo. 246

A special appearance is for the purpose of testing the sufficiency of service or the jurisdiction of the court;
State v. Huller, 23 N.M. 306, 168 P. 528, 534, 1 A.L.R. 170.

**COMES NOW RESPONDENT/AFFIANT**, Koree-Dawn: Brooks, herein after called "Respondent", in pro persona, NOT a pro se party with this Affidavit of Special Appearance.

**Respondent** is appearing before this court specially, and not generally, in Propria persona ("in one's own person "), Sui Juris, regarding case #: GS1027968, which is based on a traffic citation from Davidson County Sheriff dated Some 3/2024.

This Special Appearance by Affidavit is for the purposes of challenging the courts (1) month presumption and assumption of jurisdiction.

I hereby declare, reserve, claim and retain ALL rights and defects in process. I claim and reserve all of my rights under UCC 1-308. I further declare that I am a Man and NOT a 'legal fiction' I am not a member of the political or legal society over which the court has jurisdiction, and I do not agree to be characterized as a legal fiction.

I, Koree-Dawn: Brooks, am a living woman. Is there a man or woman who has a claim against me?

**1. Challenge Negates Jurisdiction**
By this Affidavit, petitioner challenges the subject-matter and in personal jurisdiction of this court. Therefore, this court now is without jurisdiction.

"The presumption that officials have done their duty is limited by the rule that a presumption cannot be based upon a mere presumption, and will not supply proof of independent, substantive facts, such as that a deficiency judgment was entered and docketed by the clerk of the court. "
Mahoney v Boise Title & T. Co. (1926) 116 Okla. 202, 244 P 170

Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather, should dismiss the action.
Melo v. US, 505 F2d 1026.

"Once jurisdiction is challenged it must be proven."
Hagans v. Levine 415 US 533 note 3
The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings."
Hagans v Lavine, 415 U. S. 533.

"No sanction can be imposed absent proof of jurisdiction."
Stanard v. Olesen, 74 S.Ct. 768

"The law provides that once State / Federal Jurisdiction has been challenged, it must be proven."
Maine v. Thiboutot, 100 S. Ct. 2502 (1980)

"Once challenged, jurisdiction cannot be assumed, it must be proved to exist."
Stuck v. Medical Examiners, 94 CA2d 751.211 P2s 389

"The burden shifts to the court to prove jurisdiction."
Rosemond v. Lambert, 469 F2d 416.

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Lantana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 F Supp. 150

Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the asserter. The court is only to rule on the sufficiency of the proof tendered.
McNutt v. GMAC, 298 US 178. Origins found in Maxfield's Lessee v Levy, 4 US 308

"It is impossible to prove jurisdiction exists absent a substantial nexus with the state such as voluntary subscription to license. All jurisdictional facts supporting claim that supposed jurisdiction exists must appear on the record of the court."
Pipe Line v. Marathon. 102 S. Ct. 3858 quoting Crowell v. Benson 883 US 22

"Therefore, it is necessary that the record present the fact establishing the jurisdiction of the tribunal"
Lowe v. Alexander 15C 296; People v. Board of Delegates of S.F. Fire Dept 14 C 279


**2. Jurisdiction Not Within Discretion of Court**
Petitioner reminds this court that the matter if jurisdiction is not a matter within the discretion of this court.

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance."
Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

A court "generally may not rule on the merits of a case without first determining that it has jurisdiction over the category of claim in the suit (subject-matter jurisdiction) . . . ."
Sinochem Int'l Co. Ltd. v. Malaysia Int'l Shipping Corp., 549 U.S. 422, 430–31 (2007)

"The burden shifts to the court to prove jurisdiction."
Rosemond v. Lambert, 469 F2d 416.

"The proponent of the rule has the burden of proof.."
Title 5 U.S.C. §556(d)


**3. Jurisdiction Cannot Be Waived**
The principles of waiver, consent, and estoppel do not apply to jurisdictional issues—the actions of the litigants cannot vest a district court with jurisdiction above the limitations provided by the Constitution and Congress.

"If the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed."
Norman v. Zieber, 3 Orat202-03

**4. Jurisdiction Can Be Raised At Any time**
Federal Rule 12(h) (3) states that, "*if the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.*" *Fed. R. Civ. P. 12(h)(3).*

*"Jurisdiction can be challenged at any time." and "Jurisdiction, once challenged, cannot be assumed and must be decided."*

*Basso v. Utah Power & Light Co., 495 F2d 906, 910.*

*"Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal."*
*Hill Top Developers v. Holiday Pines Service Corp., 478 So. 2d. 368 (Fla 2nd DCA 1985)*

*"The objection that a federal court lacks subject-matter jurisdiction may be raised by a party, or by a court on its own initiative, at any stage in the litigation, even after trial and the entry of judgment."*
*Arbaugh v. Y & H Corp., 546 U.S. 500, 506 (2006) (citations omitted) (jurisdiction upheld); see also Kontrick v. Ryan, 540 U.S. 443, 455 (2004)*

*On appeal—even for the first time at the Supreme Court—a party may attack jurisdiction after the entry of judgment in the district court.*
*Arbaugh v. Y & H Corp., 546 U.S. 500, 514 (2006).*

*Even the party that had invoked the district court's jurisdiction can argue on appeal, to avoid an adverse judgment, that the district court lacked jurisdiction.*
*13 Wright & Miller § 3522, pp. 122–23*

*"Where the question of jurisdiction in the court of the person, the subject matter, or the place where the crime was committed can be raised, in any stage of a criminal proceeding; it is never presumed, but must always be proved; and it is never waved by the respondent."*
*U.S. v. Rogers, District Court Ark.,23 Fed 658 1855*

### 5. Acts by Court a Nullity
*Petitioner notices this court that any action taken by the court absent proof of is a nullity.*

*"A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property."*
*Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732.*

*"Where there is absence of jurisdiction, all administrative and judicial proceedings are a nullity and confer no right, offer no protection, and afford no justification, and may be rejected upon direct collateral attack."*
*Thompson v. Tolmie, 2 Pet. 157, 7 L.Ed. 381; Griffith v. Frazier, 8 Cr. 9, 3L. Ed. 471.*

*"Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio."*
*In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846.*

*"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term."*
*Dillon v. Dillon, 187 P 27.*

### 6: LACK OF JURISDICTION: No witness, no facts, no jurisdiction.

*"There is no discretion to ignore lack of jurisdiction."*
*Joyce v. U.S., 474 F2d 215.*

*"No sanction can be imposed absent proof of jurisdiction."*
*"Once challenged, jurisdiction cannot be ´assumed´; it must be proved to exist!"*
*Stanard v. Olesen, 74 S.Ct. 768*

*"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term."*
*Dillon v. Dillon, 187 P 27.*

### OTHER CASE LAW ON JURISDICTIONAL CHALLENGES

*In regard to courts of inferior jurisdiction, "if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed."*
*Norman v. Zieber, 3 Or at 202-03*

*"Where a person is not at the time a licensee, neither the agency, nor any official has any jurisdiction of said person to consider or make any order. One ground as to want of jurisdiction was, accused was not a licensee and it was not claimed that he was."*
*O'Neil v. Dept Prof. & Vocations 7 CA 2d 398; Eiseman v. Daugherty 6 CA 783*

*"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court"*
*OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907).*

*"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted."*
*Latana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 F Supp. 150*

*"Where the question of jurisdiction in the court of the person, the subject matter, or the place where the crime was committed can be raised, in any stage of a criminal proceeding; it is never presumed, but must always be proved; and it is never waved by the respondent."*
*U.S. v. Rogers, District Court Ark.,23 Fed 658 1855*

*"Therefore, it is necessary that the record present the fact establishing the jurisdiction of the tribunal"*
*Lowe v. Alexander 15C 296; People v. Board of Delegates of S.F. Fire Dept 14 C 279*

*"It is basic in our law that an administrative agency may act only within the area of jurisdiction marked out for it by law. If an individual does not come within the coverage of the particular agency's enabling legislation the agency is without power to take any action which affects him."*
*Endicott v. Perkins, 317 US 501*

*"If the court is not in the exercise of its general jurisdiction, but of some special statutory jurisdiction, it is as to such preceding an inferior court, and not aided by presumption in favor of jurisdiction."*
*1 Smith's Leading Cases, 816*

*"Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law."*
*Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652*

*JURISDICTION*

*I am here by way of Special Appearance to challenge jurisdiction and to have this matter dismissed.*

*This court has assumed jurisdiction over me for almost Koree-Dawn: Brooks. I believe this court lacks jurisdiction.*
*It's about time the court proves the stance it's taken for almost (2) two years.*

*1. I want to see the supposed jurisdiction duly placed into evidence. In the copy of the file I have it is nonexistent.*
*2. I don't believe this court can produce a competent witness against me almost (1) month after the citation was issued.*
*3. I don't believe this court can produce the citations' issuing officer after almost (1) month.*
*4. I don't believe this court has a valid cause of action against me.*
*5. I don't believe this court has any evidence against me, except a citation that is almost (1) month old, signed under threat, duress and coercion (threat of arrest, incarceration).*

*This court has no evidence against me.*

*This court must prove jurisdiction.*

*WHEREAS, respondent petitions this court for dismissal of this action and release/removal if any of the bench warrants that has been open for respondents arrest for (1) month.*

All Rights Reserved,

Koree-Dawn:Brooks                    4/23/2024

I, **Koree Dawn Brooks**, Affiant/Declarant            Date

## NOTARY STATEMENT

In the State of **Tennessee**,

County of **Davidson**,

I swear that on this __23__ day of _____April_____, 2024 the above named Affiant/Declarant,

**Koree-Dawn: Brooks,** personally appeared before me, and of her own free will, signed

and  executed this Notice of Special Appearance by Affidavit.

CAUSE NO. GS1027968

THE STATE OF

§
§
§
§
§

VS.
Koree Brooks
1271 Antioch Pike
RM112
Antioch, TN 37013

IN THE General

Sessions Court

OF Davidson COUNTY

## AFFIDAVIT OF NONPROSECUTION BY Devinceo Pruitt

BEFORE ME, the undersigned authority, on this day personally appeared DVP, who after being duly sworn, testified as follows:

I understand I have the right to counsel to advise me before I sign this affidavit. I have exercised that right or am giving up that right. I am aware of the consequences of providing a false statement, making a false report, perjury and aggravated perjury. I am signing this affidavit of my own free will. I have not been coerced or pressured in any manner to provide this statement.

I intend for this document to serve as my Affidavit for Non-Prosecution in the matter of the State of Tennessee Cause Number GS1027968 in which Koree Brooks is charged with Aggravated Assault.

I am the complaining witness and alleged victim in this case and it is my wish that all charges in relation to this matter be dismissed, and there be no further action taken thereon and I do not intend to pursue the prosecution of Aggravated Assault

STATEMENT:

I, Devincео Pruitt , no-longer wish to pursue the above matter. While there was a disagreement between both parties named in this affidavit,

it is not to the level requiring criminal charges and/or criminal prosecution.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### Check and Initial All Applicable Statements

I express my desire to not appear as a witness against _Koree Brooks_.

- ☒ If I am called as a witness or subpoenaed to grand jury or petit jury, my testimony would favor the accused. **Initials** _DP_

- ☒ If I am called as a witness or subpoenaed to testify to a grand jury or petit jury, my testimony would be the accused is not guilty of the offense charged. **Initials** _DP_

☒ I do not wish to make any statements regarding the alleged offense, but I do not wish to cooperate with the prosecution, and I do not wish for the accused to face any penalty. **Initials** _DP_

☒ I am not making this Affidavit to frustrate the ends of justice and I have not been offered any benefit to testify falsely, to withhold testimony, to elude legal process or absent myself from any official legal proceedings. **Initials** _DP_

☒ I have been advised that filing this affidavit, if contrary to any prior sworn testimony, could subject me to criminal proceedings. **Initials** _DP_

☒ I am making this Affidavit voluntarily, of my own free will, free of any duress or coercion. If the charges against the accused are dismissed or no billed, I will in no way disparage or complain of the Grand Jury, the _Davison_ County District Attorney or any of his or her representatives for failure to prosecute this case. **Initials** _DP_

If you have any further questions or concerns please feel free to contact me via email at _Devinpruitt@gmail.com_ or phone at _502-413-7777_

SIGNED: _DeVinceo-Deandre Pruitt_

PRINTED NAME: _DeVinceo Pruitt_

BEFORE ME, the undersigned authority, on this day personally appeared _DeVinceo Pruitt_, known to me to be the person whose name is

subscribed to the above and foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and considerations therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 6th day of April , 2024.

Jonah-Wendell:Phillips
Attorney

Phone: 931-220-6251
Email: Jonahphillps @gmail

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED                                REMOTE CSID          DURATION   PAGES   STATUS
March 20, 2024 at 5:53:09 AM COT                                  20S        4       Received
03/20/2024 WED  5:45  FAX  →→→  Bond Office

☑ 0001/004

| General Sessions Court (Tribunal) Davidson County (Condado) Nashville, Tennessee | Order Granting Bail For Abuse Cases (Orden Otorgando Fianza Casos de Abuso) | Case Number(s) (Número de Caso) GS1027968 |
|---|---|---|

**STATE OF TENNESSEE** vs. Koree D Brooks

Pursuant to Tennessee Code Annotated, Section 40-11-150, the Court has reviewed the facts of the arrest and detention of the defendant and has determined that the defendant: (check where applicable)
(De acuerdo al Código Anotado de Leyes de Tennessee, Sección 40-11-150, el tribunal ha revisado los hechos del arresto y detención del acusado y determina y encuentra que el demandado): (indique lo que sea pertinente)

☑ 1. Is a threat to the alleged victim, **See victim list below.** , or other family or household member.
(Se le considera una amenaza para con la presunta víctima, **Vea la lista de víctimas a continuación.** u otros familiares o miembros del hogar.)

☐ 2. Is a threat to the public safety. (Se le considera una amenaza a la seguridad pública.)

☐ 3. Is reasonably likely to appear in court. (Existe la posibilidad de que comparezca ante el tribunal.)

☑ 4. Has been arrested for a criminal offense defined in tital 39, chapter 13, in which the alleged victim, **See victim list below.** , of the offense is a domestic abuse victim as defined in 36-3-601, and that there is probable cause to believe the respondent either:
(Ha sido arrestado por un delito penal definido en el título 39, capítulo 13, en el cual la presunta víctima del delito, **Vea la lista de víctimas a continuación.** , es una víctima de violencia doméstica como se define en §36-3-601, y que hay causa probable para creer que el demandado ha:)
(A) Caused serious bodily injury, as defined in 39-11-106, to the alleged domestic abuse victim; or
(Causado serio daño físico, como se define en §39-11-106, a la presunta víctima de violencia doméstica; o)
(B) Used or displayed a deadly weapon, as defined in 39-11-106.
(Usado o desplegado un arma mortal, como es definido en §39-11-106, determina que el acusado:)

**Pursuant to the above findings, it is hereby ORDERED that the Defendant's release on bail is conditioned on the following:**
**(De acuerdo con los hallazgos anteriores, se ORDENA que la liberación bajo fianza del acusado está condicionada a lo siguiente:)**

☐ 5. Has been arrested for the offense of aggravated assault, under T.C.A. §39-13-102(a)(1)(i), (a)(1)(iii), or (a)(1)(iv), in which the alleged victim of the offense is a domestic abuse victim as defined in §36-3-601, and that there is probable cause to believe the respondent:
(Ha sido arrestado por el delito de asalto agravado, bajo T.C.A. §39-13-102(a)(1)(i), (a)(1)(iii), o (a)(1)(iv), en que la supuesta víctima del delito es una víctima de abuso doméstico como se define en §36-3-601, y que existe causa probable para creer al demandado:)
(A) Caused serious bodily injury, as defined in T.C.A. §39-11-106, to the alleged domestic abuse victim;
(Causó lesiones corporales graves, como se define en T.C.A. §39-11-106, a la presunta víctima de abuso doméstico;)
(B) Strangled or attempted to strangle the alleged domestic abuse victim; or
(Estranguló o intentó estrangular a la presunta víctima de abuso doméstico; o)
(C) Used or displayed a deadly weapon, as defined in T.C.A. §39-11-106.
(Usó o exhibió un arma mortal, como se define en T.C.A. §39-11-106.)
**"(Sections A-E below must be checked if the court finds #4 OR #5 above)"**
**"(Las secciones A-E a continuación deben marcarse si el tribunal determina que #4 O #5 arriba)"**

☐ The court having found number 4 or 5 above, the defendant shall have **no contact** with the alleged domestic abuse victim, **See victim list below.** . **"Sections A - E below must be checked"**
(Habiendo encontrado el tribunal el número 4 ó 5 anterior, el demandado tendrá, el acusado **no tendrá contacto** con la presunta víctima de abuso doméstico, **Vea la lista de víctimas a continuación.** ** Secciones A hasta E debajo deban ser marcadas**)

☑ A. The defendant is enjoined from threatening to commit or committing specified offenses set forth in the warrant and against the alleged victim, **See victim list below.** , or other family or household member.
(Se le prohíbe al acusado amenazar con cometer o cometer delitos específicos establecidos en la orden en contra de la presunta víctima, **Vea la lista de víctimas a continuación.** , u otros familiares o miembros del hogar.)

This document was EMAILED on 3/20/2024 AM at 03:44 by user cpiphus from machine GSCTGDLJ613

(Indique lo que sea pertinente:)

☐ The defendant shall carry or wear a global positioning monitoring system device.
(El demandado llevará un aparato del sistema de supervisión del posicionamiento global.)

☐ The defendant shall pay the costs associated with operating that device and any electronic receptor device
provided to the victim, pursuant to § 40-11-152.
(El demandado pagará los costos asociados con la operación de este aparato y cualquier aparato de recepción
electrónica proporcionada a la víctima según § 40-11-152.)

☐ The defendant is indigent and shall perform community service in lieu of paying the costs associated with the global
monitoring system.
(El demandado es indigente y realizará servicio comunitario en lugar de pagar los costos asociados con el sistema de
supervisión global.)

☐ The entity that operates the global position monitoring system shall notify the magistrate and the appropriate local
law enforcement agency if a defendant violates a condition of the bond imposed under this section.
(La entidad que opere el sistema de supervisión del posicionamiento global notificará al magistrado y la agencia de la
fuerza del orden apropiado si un demandado viola una condición de la caución impuesta bajo esta sección.)

☐ The defendant is directed to vacate or stay away from the home of the alleged victim and to stay away from any
other location where the victim is likely to be, including these specific locations that the victim has requested the
defendant to stay away from:
(Se ordena que el demandado evacue o se mantenga alejado del hogar de la víctima presunta y que se mantenga alejado
de cualquiera otra ubicación donde es probable que la víctima esté, incluyendo estas ubicaciones específicas de las
cuales la víctima ha solicitado que el demandado se mantenga alejado:)

BAIL SET AT: $3,500.00                        TWELVE (12) HOUR HOLD EXPIRES: 03/20/2024    Time:  1:19 PM
(FIANZA FIJADA EN)                              (DOCE (12) HORAS DE DETENCIÓN ENCEN):

If #5 above applies, Twelve (12) Hour Hold Extended _____ Hours (up to 24 Hours after the time of arrest).
(Si se aplica el punto 5 anterior, doce (12) horas de espera extendida)
(Ver línea arriba) Horas (hasta 24 Horas después de la hora del arresto).
TWELVE (12) HOUR HOLD PLUS ADDITIONAL _____ HOUR HOLD EXPIRES: _____    Time: _____
DOCE (12) HORAS DE RETENCIÓN MÁS ADICIONALES (VER LÍNEA ARRIBA)
LA HORA DE RETENCIÓN VENCE (VER LÍNEA ARRIBA)

☐ TWELVE (12) HOUR HOLD WAIVED(RENUNCIA DE RETENCIÓN DE DOCE (12) HORAS)

IT IS FURTHERED ORDERED that a copy of this order be given to the defendant, the victim, and all appropriate law
enforcement agencies.
(SE ORDENA TAMBIÉN que una copia de esta orden sea entregada al acusado, la víctima y todas las oficinas de orden
público pertinentes.)

_____                        3/20/2024
Commissioner (Notario/Notaria) Carolyn Piphus              Date (Fecha)

I acknowledge these conditions (Me doy por enterado de las siguientes condiciones):

_____  3/20/2024
Defendant (Acusado)                        Date (Fecha)

☐ Defendant received conditions (El demandado recibió condiciones / La demandada recibió condiciones)

_____
Reason unable to sign (Razón por no poder firmar)

_____
Employee Number (Número de empleado)
This document was EMAILED on 3/20/2024 AM at 03:44 by user cpiphus from machine GSCTGDLJ613

COMPLAINT NUMBER: 2024-0189841          WARRANT NUMBER: GS1027968

PROSECUTOR: Teresah M Pinho

DEFENDANT: Koree D Brooks

VICTIM: DEVINCEO D PRUITT

STATE OF TENNESSEE, COUNTY OF DAVIDSON

AFFIDAVIT

Assault, Aggravated - Serious Bodily Injury - Reckless

39-13-102

Personally appeared before me, the undersigned, **[Select one]** __x__ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** ___ he __x__ she **[Select one]** ___ personally observed __x__ has probable cause to believe that the defendant named above on 03/19/2024 in Davidson County, *did unlawfully* [Enter brief description of the offense]

and that *the probable cause is as follows*:

The victim and defendant are in a dating relationship and do not live together.

The victim stated he and the defendant were arguing off and on all day. He stated when he went to where the victim was staying the argument continued. The argument escalated into a physical assault when the defendant got a utility knife and swung it at the victim several times, the victim was struck in the arm. The victim stated he struck the defendant in the face with his fist after he was cut. The victim had a severe laceration to his left bicep which showed obvious disfigurement.

The defendant told police she was punched and strangled by the defendant and cut him with the utility knife in self-defense. The defendant had small scrape on her neck and redness in her nose, but no visible bruising at the time of the interview.

ESignature

_____

Prosecutor: Teresah M Pinho 100003968

_____

A R R E S T W A R R A N T
_____

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense

of Assault, Aggravated - Serious Bodily Injury - Reckless D FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 03/19/2024 23:44:10 .

_____

Umeka M Foreman

Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

1 of 2 pages
;



UNITY

ISLAM

Koree Brooks EL

January ALLAH 2024

This is your Nationality and Identification Card for the Moorish Science Temple of America and Birthrights for the Moorish Americans, etc., we honor all the Divine Prophets, Jesus, Mohammed, Buddha and Confucius. May the blessings of the God of our Father Allah, be upon you that carry this card. I do hereby declare that you are a Moslem under the divine Laws of the Holy Koran of Mecca, Love, Truth, Peace, Freedom and Justice.

"I AM A CITIZEN OF THE U.S.A."

NOBLE DREW ALI, THE PROPHET    P.O. BOX 379594, CHICAGO, IL 60637



**Chickamauga Cherokee of Tennessee**



Cherokee Indians

The Chickamauga were a band of <u>Cherokee</u> who supported the English cause in the <u>American Revolution</u> and separated from the main group of Cherokee, moving far down on the Tennessee River. There, under the leadership of Chief Dragging Canoe, they established 11 new settlements on Chickamauga Creek, in the neighborhood of the present Chattanooga, <u>Tennessee</u>. Wishing to gain distance from colonists' encroachments, the Chickamauga soon became noted for their uncompromising and never-ceasing hostility against the American rebels. In 1782, their towns were destroyed by American Revolutionists, John Sevier, and Henry Campbell.

The Chickamauga then moved farther down the river, establishing what was afterward known as the "five lower towns." At that time, the Chickamauga were commonly known as the Lower Cherokee.

Here, they were continually recruited by <u>Creek</u>, <u>Shawnee</u>, and British soldiers, until they were estimated to number a thousand warriors. They raided as far as <u>Indiana</u>, <u>Ohio</u>, <u>Kentucky</u>, <u>Georgia</u>, and <u>Virginia</u> to fight for Cherokee lands. Following the death of Dragging Canoe in 1792, his hand-picked successor, John Watts, assumed control of the <u>tribe</u> and continued their hostility toward European-Americans. The Chickamauga/Lower Cherokee and the frontiersmen were continuously at war until 1794 when Chief John Watts signed the Treaty of Tellico Blockhouse in 1794, ending the "Cherokee Wars".

Afterward, the Chickamauga warriors joined with the rest of the Cherokee who were removed from their homelands in the east along the Trail of Tears between 1836 and 1839 to Indian Territory (Oklahoma).

Compiled by <u>Kathy Weiser-Alexander</u>/<u>Legends of America</u>, updated August 2021.



JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Koree Brooks

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*
RURAL FREE DELIVERY
NON DOMESTIC, TN [00000]

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Attorney-in-fact

## DEFENDANTS
State of Tennessee, Davidson County
Court of General Sessions

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Teresa M Pinno
600 Murfressboro road, Nashville, TN 3721

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability   Product Liability | | **INTELLECTUAL** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel &   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander    Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability   Product Liability | | ☐ 830 Patent ☐ 835 Patent - Abbreviated | ☐ 450 Commerce ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine    ☐ 368 Asbestos Personal ☐ 345 Marine Product   Injury Product | | New Drug Application ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | Liability    Liability ☐ 350 Motor Vehicle   **PERSONAL PROPERTY** | | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 370 Other Fraud | **LABOR** | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability   ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury    Property Damage ☐ 362 Personal Injury -   ☐ 385 Property Damage | Relations | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | Medical Malpractice   Product Liability | ☐ 740 Railway Labor Act ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting    ☐ 463 Alien Detainee | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/    Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment    **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☒ 950 Constitutionality of |
| | Other    ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education    ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 28 sec 1441 - Sec 1446
Brief description of cause:
Proper Article III Jurisdiction

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 75,000
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
DATE 04/23/2024
JUDGE Allegra Walker
DOCKET GS1027968

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____